

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00313-CV

**IN THE INTEREST OF R.P.** and R.K., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01921
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED October 23, 2013.

_____
Patricia O. Alvarez, Justice